AO ___   Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT

Eastern District of Arkansas

UNITED STATES OF AMERICA

V.

Cristina Kain

ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2) based on USSG 821

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

DEC 15 2023

TAMMY H. DOWNS, CLERK
By: _____ DEP CLERK

Case Number: 4:19-cr-550-DPM
USM Number: 33017-009
KenDrell Collins
Defendant's Attorney at Sentencing

Date of Original Judgment: 5/18/2022
(Or Date of Last Amended Judgment)

Upon motion of  ☐ the defendant  ☐ the Director of the Bureau of Prisons  X the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
  ☐ DENIED.
  X GRANTED and the defendant's previously imposed sentence of imprisonment of __46__ months is reduced to __37 months__.

## I. COURT DETERMINATION OF GUIDELINE RANGE

Previous Offense Level (Prior to Departure/Variance/Rule 35): __17__
Criminal History Category: __V__
Previous Guideline Range: __46__ to __57__ months

Amended Offense Level: __17__
Criminal History Category: __IV__
Amended Guideline Range: __37__ to __46__ months

## II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE

☒ The reduced sentence is within the amended guideline range.
☐ The original term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing and the reduced sentence is below the amended guideline range.
☐ Other (specify) _____.

## III. FURTHER EXPLANATION (e.g., recommendations to the Bureau of Prisons) (if necessary)

Except as provided above, all provisions of the judgment dated __05/18/22__ shall remain in effect.

**IT IS SO ORDERED.**

__15 December 2023__
Order Date

__1 February 2024__
Effective Date (if delayed)

_/s/ D.P. Marshall Jr._
Signature of Judge

U.S. District Judge D.P. Marshall Jr.
Name and Title of Judge